MARK A. KLAASSEN
United Stated Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY  82003
Telephone:  307-772-2124
christopher.martin@usdoj.gov



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 JUN -6  PM 2: 48

STEPHAN HARRIS, CLERK
CHEYENNE

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.

**KATHY C. HALVORSEN**

        Defendant.

**Civil Action No.** 18-cv-86-F

### COMPLAINT

**COMES NOW,** the United States of America, through the United States Attorney, District of Wyoming, and Assistant United States Attorney C. Levi Martin, on behalf of its client agency, the United States Department of Education, and for its complaint against the Defendant, Kathy C. Halvorsen, states and alleges as follows.

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1345.

2. Venue is proper pursuant to 28 U.S.C. § 1391 as Defendant is a resident of the State of Wyoming.

3. Defendant Kathy C. Halvorsen is indebted to the United States of America on a promissory note or notes as evidenced by the Certificate of Indebtedness attached hereto as Exhibit 1.  All due credits and set offs have been applied to the debt, and there now remains due and owing to the Plaintiff the principal sum of $29,236.13, plus $22,460.81 interest through March 7, 2018.  Interest continues to accrue on the

principal amount of the debt at the rate of $6.40 per day on the principal amount; for post-judgment interest at the legal rate in effect on the date of entry of judgment, to be compounded annually pursuant to 28 U.S.C. § 1961(b) as amended; and for costs including $300 filing fee taxed in favor of Plaintiff pursuant to 28 U.S.C. § 2412(a)(2).

Wherefore, the plaintiff prays for judgment against defendant for the total of $51,696.94, inclusive of interest of $22, 460.81 at 8% per annum on the principle of $29,236.13 which has accrued as of March 7, 2018, and will continue to accrue until date of judgment. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

DATED this ____ day of June, 2018.

MARK A. KLAASSEN
United States Attorney

By: _____

C. LEVI MARTIN
Assistant United States Attorney

2

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

> Kathy C. Halvorsen
> Aka: Kathy Halvorsen
> 1316 Medley Loop
> Cheyenne, WY 82007-3735
> Account No. XXXXX7222

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 03/07/18.

On or about 09/04/05, the BORROWER executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education.  This loan was disbursed for $26,998.74 on 10/14/05 at 8% interest per annum.  The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685).  The Department demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 11/18/09.  Pursuant to 34 C.F.R. § 685.202(b), a total of $2,699.87 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $3,767.50 in payments from all sources, including Treasury Department offsets, if any, to the balance.  After application of these payments, the BORROWER now owes the United States the following:

Principal:      $29,236.13
Interest:       $22,460.81

Total debt as of 03/07/18:      $51,696.94

Interest accrues on the principal shown here at the rate of $6.40 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  5- 1- 18

Loan Analyst
Litigation Support Unit

Philippe Guillon
Loan Analyst



GOVERNMENT EXHIBIT
1
PENGAD-Bayonne, N.J.

JS 44   (Rev. 06/17)      18-cv-86-F      **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| United States of America | Kathy Halvorsen |

**(b)** County of Residence of First Listed Plaintiff   Laramie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Laramie
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
C. Levi Martin
U.S. Attorneys Office
PO Box 668, Cheyenne, WY  82003

Attorneys *(If Known)*

RECEIVED
JUN -6 2018
CLERK
CHEYENNE, WYOMING

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
　　　 Plaintiff

☐ 2  U.S. Government
　　　 Defendant

☐ 3  Federal Question
　　　 *(U.S. Government Not a Party)*

☐ 4  Diversity
　　　 *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*　　　　　　　　　　　　　*and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*　　　　　　　Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☒ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original
　　 Proceeding

☐ 2 Removed from
　　 State Court

☐ 3 Remanded from
　　 Appellate Court

☐ 4 Reinstated or
　　 Reopened

☐ 5 Transferred from
　　 Another District
　　 *(specify)*

☐ 6 Multidistrict
　　 Litigation -
　　 Transfer

☐ 8 Multidistrict
　　 Litigation -
　　 Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1345
Brief description of cause:
Collection of defaulted student loan

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
51,696.94

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   6/6/18

SIGNATURE OF ATTORNEY OF RECORD   C. L. Mrt

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____